In the Matter of the Claim of FLORENCE HINLEY against THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.

· THE STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — master and servant — loss of leg from injury and award and payment of full compensation — subsequent additional award for injury to other leg unauthorized.*

Hinley v. Brooklyn Heights R. R. Co., 215 App. Div. 857, affirmed· (Argued June 3, 1926; decided July 9, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered April 12, 1926, reversing an award of the State Industrial Board and dismissing the claim. Claimant lost her left leg as the result of an injury received in the course of her employment and was allowed and received full compensation therefor. More than four years thereafter she was awarded compensation on account of reduced earnings caused by the condition of her right leg. The Appellate Division held that the two injuries constituted but one disability to work and that claimant, having received more than $3,500, may not receive further compensation.

*Albert Ottinger, Attorney-General (E. C. Aiken of counsel),* for appellant.

*W. Harry Sefton and George D. Yeomans* for respondent.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.